UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)

| | | |
|---|---|---|
| **WALTER R. ANDERSON**, | : | Case No.: C-1-02-160 |
| Plaintiff, | : | Judge S. Arthur Spiegel |
| vs. | : | |
| **THE CINCINNATI GAS & ELECTRIC COMPANY**, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendant/Counter-Claim Plaintiff, | : | |
| vs. | : | |
| **WALTER R. and DENISE R. ANDERSON,** | : | |
| Counter-Claim Defendants. | : | |

Come now counsel for each of the parties and, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to dismissal with prejudice of this action, with each party to bear his, her or its own costs and attorney fees as to this action.

> Respectfully submitted,
>
> s/Sandra L. Steele/s
> Sandra L. Steele, Esq. (0062335)
> Counsel for Walter Anderson
> 6273 Stallion Court
> Independence, KY 41051
> (859) 866-6060 (P)
> (859) 359-4308 (F)
> *sandra.steele@specialcounsel.com*

        s/Jack F. Fuchs/s
        Jack F. Fuchs, Esq. (0014197)
        Counsel for The Cincinnati Gas & Electric Company
        THOMPSON HINE LLP
        312 Walnut Street, Suite 1400
        Cincinnati, Ohio 45202
        (513) 352-6745 (P)
        (513) 241-4771 (F)
        *Jack.Fuchs@ThompsonHine.com*


        s/Ivan Tamarkin/s
        Ivan L. Tamarkin, Esq. (0025468)
        Counsel for Denise Anderson
        830 Main Street, Suite 999
        Cincinnati, Ohio 45202
        (513) 381-6555 (P)
        (513) 345-4703 (F)
        *ivanlaw@fuse.com*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served this Court's ECF system, this 30th day of September, 2005, and by ordinary United States mail, on counsel for all parties.

        s/Jack F. Fuchs/s
        Jack F. Fuchs